# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**LANCE ELLIOTT,**

    Plaintiff,

v.

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

CASE NO. 1:20 CV 545

JUDGE JAMES R. KNEPP II

**MEMORANDUM OPINION AND ORDER**

Plaintiff Lance Elliott seeks judicial review of an adverse social security decision under 42 U.S.C. § 405(g). This case was referred to Magistrate Judge Darrell A. Clay for a Report and Recommendation ("R&R") under Local Civil Rule 72.2(b)(2). Judge Clay recommends this Court reverse the Commissioner's final decision and remand this case for further proceedings. (Doc. 14).

Under the relevant statute:

> Within fourteen days of being served with a copy [of a Magistrate Judge's R&R], any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(2). The failure to file timely written objections to a Magistrate Judge's R&R constitutes a waiver of *de novo* review by the district court of any issues covered in the R&R. *Thomas v. Arn*, 728 F.2d 813, 814-15 (6th Cir. 1984); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

In this case, the Commissioner filed a response indicating he would not be filing objections to the R&R. (Doc. 15).

Despite the lack of objections, the Court has reviewed Judge Clay's R&R, and agrees with the findings and recommendation therein. Therefore, the Court ADOPTS Judge Clay's R&R (Doc. 14) as the Order of this Court. The Court REVERSES the Commissioner's final decision and REMANDS the case for further proceedings.

IT IS SO ORDERED.

 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE